IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-25 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTHONY JOHNSON | ) | |

### ORDER

Pending before the Court is Defendant Anthony Johnson's Second Motion to Adopt Certain Pretrial Motions ("Motion to Adopt"). (Doc. No. 1512.) Defendant Johnson requests to adopt Defendants Paul McQuiddy and Leonard Baugh's Amended Motion to Dismiss filed on October 29, 2012 (Doc. No. 1400), and supporting documents filed on October 29 and November 19, 2012 (Doc. Nos. 1401; 1464) to the extent that they apply to Defendant Johnson's circumstance. All of the motions named in Defendant Johnson's Motion to Adopt are currently pending before the Court.

The arguments made by Defendants McQuiddy and Baugh in their motion and supporting documents apply equally to Defendant Johnson. (*See* Doc. Nos. 1400; 1404; 1464). Accordingly, the Court **GRANTS** Defendant's Motion to Adopt with respect to documents filed by Defendants McQuiddy and Baugh (Doc. Nos. 1400; 1404; 1464).

It is so ORDERED.

Entered this the 7 day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT