IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-25 |
| v. ) | |
| ) | Judge Nixon |
| ANTHONY JOHNSON ) | |

## ORDER

Pending before the Court is Defendant Anthony Johnson's Motion to Adopt Certain Pretrial Motions and to Extend Relief ("Motion to Adopt"). (Doc. No. 1698.) Mr. Johnson requests the Court extend to him relief granted to Defendants Faith Readus, Howard Coleman, Tierra Young, Antonio Lee, and Patrick Scott in its January 8, 2013, Order directing the Government not to reference gang affiliations before the jury through the completion of opening statements (Doc. No. 1619). (*Id.*) Additionally, Mr. Johnson requests to join the following motions filed by Defendants Paul McQuiddy, Leonard Baugh, and Lee: Joint Motion for Government to Produce its Exhibit and Witness Lists in Anticipated Chronological Order (Doc. No. 1689); Motion for Leave to File Additional Pretrial Motions (Doc. No. 1695); Motion to Allow an Objection Made by Any Defendant to be an Objection Made by All Defendants (Doc. No. 1620); Motion in Limine to Prevent the Government from Referring to the Defendants in the Collective (Doc. No. 1621); and Motion to Not Designate the Alternate Jurors as "Alternate Jurors" (Doc. No. 1622). (*Id.*) The motions Mr. Johnson requests to adopt are all currently pending before the Court.

The Court has already ordered that its January 9, 2013, Order excluding references to Defendants' alleged gang affiliations during opening statements (Doc. No. 1619) should be extended to all Defendants joined for trial. (Doc. No. 1633.) Therefore, Mr. Johnson's Motion

1

to Adopt (Doc. No. 1698) is moot with respect to extending relief. The arguments made by Defendants Lee, McQuiddy, and Baugh, in their motions apply equally to Johnson. (*See* Doc. Nos. 1620–22; 1689; 1695.) Accordingly, the Court **GRANTS** the Motion to Adopt (Doc. No. 1698) with respect to Mr. Johnson's request to join the above-named motions filed by Defendants Lee, McQuiddy, and Baugh (Doc. Nos. 1620–22; 1689; 1695).

It is so ORDERED.

Entered this the 27th day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT