IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-25 |
| v. ) | |
| ) | Judge Nixon |
| ANTHONY JOHNSON ) | |

## ORDER

Pending before the Court is Defendant Anthony Johnson's Motion to Adopt Certain Pretrial Motions ("Motion to Adopt"). (Doc. No. 1742.) Specifically, Mr. Johnson requests to join the following motions filed Defendants Paul McQuiddy and Cecil Whitmon, III: Motion to Permit Defense Attorneys to Choose Order of Presentation (Doc. No. 1701); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise not at Liberty (Doc. No. 1702); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the only Evidence Presented come from the Witness Stand and to Prohibit Courtroom "Displays" (Doc. No. 1705); Motion to Late File Proposed Jury Instructions and Proposed Verdict Form (Doc. No. 1707); and Motion to Review Anticipated Courtroom Security Measures (Doc. No. 1725). (*Id.*) Additionally, Mr. Johnson requests to join Mr. Whitmon's Proposed Special Jury Instructions (Doc. No. 1728). (*Id.*) All motions named in Mr. Johnson's Motion to Adopt are currently pending before the Court.

The arguments made by Mr. McQuiddy and Mr. Whitmon in their motions and documents apply equally to Mr. Johnson. (*See* Doc. Nos. 1701–02; 1704–05; 1707; 1725; 1728.) Accordingly, the Court **GRANTS** the Motion to Adopt (Doc. No. 1742) with respect to the

above-named motions and documents filed by Mr. McQuiddy and Mr. Whitmon (Doc. Nos. 1701–02; 1704–05; 1707; 1725; 1728).

It is so ORDERED.

Entered this the 29th day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT