IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-25 |
| v. ) | |
| ) | Judge Nixon |
| ANTHONY JOHNSON ) | |

## ORDER

Pending before the Court are various pretrial motions filed by Defendant Anthony Johnson, including: Motion for Pretrial Notice of Government's Intent to Use Evidence (Doc. No. 1128); Motion for Speedy Trial (Doc. No. 1168); Motion for Bill of Particulars (Doc. No. 1169); Joint Motion to Designate Counts and/or Defendants for Trial on August 14, 2012 (Doc. No. 1186); Pro Se Motion to Sever (Doc. No. 1485); Joint Motion to Exclude Inadmissible Hearsay Contained in Recorded Phone Calls (Doc. No. 1700); Motion in Limine to Prohibit Introduction of Defendant's Pro Se Filing (Doc. No. 1806); Pro Se Motion to Dismiss (Doc. No. 1816); Pro Se Motion for Hearing (Doc. No. 1818); and Motion in Limine to Prohibit Introduction of Potential Alibi Witnesses (Doc. No. 1893). Additionally, Mr. Johnson has joined the following motions which remain pending as to him: Motion to Allow an Objection Made by Any Defendant to be an Objection Made by All Defendants (Doc. No. 1620); Motion to Not Designate the Alternate Jurors as "Alternate Jurors" (Doc. No. 1622); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise Not at Liberty (Doc. No. 1702); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the Only Evidence Presented Come from the Witness Stand (Doc. No. 1705); Motion to Review Security Measures (Doc. No. 1725), Motion to Prohibit Irrelevant and Prejudicial Proof (Doc. No. 1771); and Joint Motion to Return Defendants (Doc. No. 1774).

1

The Court accepted Mr. Johnson's Petition to Enter a Plea of Guilty (Doc. No. 1912) and sentenced Mr. Johnson on February 5, 2013. Therefore, Mr. Johnson's Motions (Doc. Nos. 1128; 1168; 1169; 1186; 1485; 1620; 1622; 1700; 1702; 1704; 1705; 1725; 1771; 1774; 1806; 1816; 1818; 1893) are **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the 12th day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT